```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
VICTOR MANUEL GARCIA GAMBOA et al,                                :
                                                                  :
                                                                  :
                      Plaintiff,                                  :
                                                                  :           25-CV-01357 (JAV)
            -v-                                                   :
                                                                  :              ORDER
                                                                  :
BRUNOS BEST PIZZA INC                                             :
(d/b/a BEST PIZZA),et al ,                                        :
                                                                  :
                                                                  :
                                                                  :
                      Defendant.                                  :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated May 12, 2025, ECF No. 14, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by July 8, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 14, 2025**.

      SO ORDERED.

Dated:  July 11, 2025  
       New York, New York  
                                                                   JEANNETTE A. VARGAS  
                                                                  United States District Judge