UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :

VICTOR MANUEL GARCIA GAMBOA et al,     :

                                           :

                Plaintiff,           :

                                         :       25-CV-01357 (JAV)

      -v-                           :

                                         :         ORDER

BRUNOS BEST PIZZA INC                :
(d/b/a BEST PIZZA), et al ,            :

                                         :

                                         :

                Defendants.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:


       On January 13, 2026, Plaintiff filed a motion to compel to respond to Plaintiff's outstanding requests for the production of documents and interrogatories, and to extend the fact discovery deadline from January 30, 2026, to February 27, 2026, for the limited purpose of conducting depositions of Defendants after receiving those responses.  ECF No. 46.  Plaintiff provides no details regarding these discovery requests, including the date of service or when responses were due.  The Court notes, however, that at the conference held on October 7, 2025, Plaintiff represented that its discovery demands had already been served on Defendants.

       Defendants do not contest that they have failed to timely respond to Plaintiff's discovery requests, and attributes the failure to "the holidays, travel and flu season."  Defendants ask for an extension of the fact discovery deadline to April 1, 2026.  ECF No. 47.

       Plaintiff's motion to compel responses to outstanding document demands and interrogatories is **GRANTED**.  Defendant shall produce its responses to Plaintiff's document demands and interrogatories, including all documents responsive to the requests for the production of documents, by **January 30, 2026**.

       Plaintiff's request for an extension of the deadline to complete fact discovery until February 27, 2026, for the limited purpose of conducting a deposition of Defendants is GRANTED.

       Defendants' request for an extension of the fact discovery deadline is **DENIED.**  *See, e.g.*, *Grochowski v. Phoenix Constr.*, 318 F.3d 80, 86 (2d Cir. 2003) (noting that a "scheduling order shall not be modified except upon a showing of good cause," which "depends on the diligence of the moving party" (internal quotation marks omitted)).

The Case Management Plan entered in this case expressly states that "the parties should not anticipate extensions of the deadline for fact discovery."  ECF No. 45, ¶ 5(j).  Additionally, when the parties appeared for an conference before this court on October 7, 2025, the Court reiterated that deadlines set forth in this case are firm.  Certainly the holidays, travel, and the flu season cannot explain why Defendants could not respond to initial discovery demands that have been pending for over four months.  There has been no showing of good cause as to why the extension should be granted.

The Clerk of the Court is directed to terminate ECF No. 46.

SO ORDERED.

Dated:  January 21, 2026
        New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge