# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                                                      Telephone: (212) 317-1200
New York, New York 10165                                                       Facsimile: (212) 317-1620
_____

February 12, 2026

**VIA ECF**
The Honorable Jeannette A. Vargas                          **MEMO ENDORSED**
United States District Judge
Southern District of New York

Re:     Garcia Gamboa et al v. Brunos Best Pizza Inc. (d/b/a Best PIZZA) et al
        Case No.: **1:25-cv-01357-JAV**

Your Honor:

       This office represents the Plaintiffs in the above-referenced matter. We write to inform the Court that the parties had a telephone call on January 23, 2026, whereby the parties agreed that Defendants Qani Osmani, Bruno's Best Pizza Inc., and Best Pizza II Corp will be deposed on February 26, 2026 starting at 10AM, where Mr. Osmani will be the corporate representative for both corporate defendants. Plaintiffs request that the Court so order this deposition date.

       We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun

**SO ORDERED:**

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: February 17, 2026

*Certified as a minority-owned business in the State of New York*