UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

VICTOR MANUEL GARCIA GAMBOA et al,      :

                     Plaintiff,          :

                                    :        25-CV-01357 (JAV)

        -v-                     :

                                    :           ORDER

BRUNOS BEST PIZZA INC              :
(d/b/a BEST PIZZA), et al ,          :

                                    :

                                    :

                 Defendants.      :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On March 13, 2026, Plaintiffs filed a motion to compel Defendants to produce documents related to a Department of Labor ("DOL") investigation.  ECF No. 51.  Plaintiff contends that the existence of the DOL documents were revealed during Defendants' deposition on February 26, 2026.  *Id.*  The DOL documents were responsive to Plaintiff's First Request for Production of Documents, but Defendants had responded by denying the existence of the DOL documents.  ECF No. 53.  On March 9, 2026, Plaintiffs emailed Defendants requesting the production of the DOL documents, but at the time of filing their motion, had not received any response regarding the production request.  ECF 51.

      In his response, Defendant does not deny any of these representations, and merely says that the motion to compel is "unwarranted" and that his client is looking for the responsive documents.  ECF No. 52.

      Plaintiff's motion to compel production of the DOL documents is **GRANTED**. Defendants shall produce the DOL documents by **April 6, 2026**.

      Plaintiff's request for an extension of the deadline to submit the post-discovery joint letter, pursuant to Rule 8.D of the Court's Individual Rules and Practices in Civil Cases is **GRANTED**. The post-discovery letter shall be due **April 13, 2026**.

      Defendants' request for an extension of the fact discovery deadline is **DENIED** for the reasons stated in the Court's January 21, 2026 Order.  See ECF No. 48.

2

The Clerk of the Court is directed to terminate ECF No. 51.

SO ORDERED.

Dated: March 27, 2026
   New York, New York

                JEANNETTE A. VARGAS
                United States District Judge

2